```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

JAMES TAYLOR, Individually
and as Administrator of the
Estate of Elizabeth Taylor,
Deceased, and on Behalf of the
Wrongful Death Beneficiaries of
Elizabeth Taylor                                    PLAINTIFF

        v.         Civil Nos. 08-5039, 08-5040

NORTHPORT HEALTH SERVICES OF
ARKANSAS, et al.                                   DEFENDANTS

## ORDER

The above numbered actions involve common questions of law and fact and all parties are agreeable to the consolidation of the actions. Accordingly, the Court orders as follows:

    *   the two actions are hereby **CONSOLIDATED** pursuant to Federal Rule of Civil Procedure 42(a);

    *   the United States District Court Clerk is directed to file – nunc pro tunc February 26, 2008 – the Complaint filed in Case. No. 08-5040 as a Motion to Compel Arbitration in Case. No. 08-5039;

    *   all future pleadings shall be filed under one case number, **Case No. 08-5039**, and Case No. 08-5040 is hereby **DISMISSED**;

* the initial scheduling order issued in Case. No. 08-5039 is vacated to allow the parties to first address the issue of whether the Court should compel arbitration of this action;

* defendants shall have 45 days from the date of this order to file a brief in support of their Motion to Compel Arbitration;

* plaintiff shall have 30 days thereafter to file a Response to the Motion to Compel Arbitration; and

* if the Motion to Compel Arbitration is denied, a new initial scheduling order will issue at that juncture.

IT IS SO ORDERED this 13th day of March, 2008.


/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE