```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JAMES TAYLOR, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE
ESTATE OF ELIZABETH TAYLOR, DECEASED                    PLAINTIFF

       v.           Civil No. 08-5039

NORTHPORT HEALTH SERVICES OF
ARKANSAS, L.L.C., ET AL.                                DEFENDANTS

## O R D E R

It appearing that the parties to this litigation request that the proceedings in this case be stayed, pending final resolution of this matter through binding arbitration;

**IT IS ORDERED** that Defendants' **Unopposed Motion to Stay Pending Arbitration** (document #6) should be, and it hereby is, **granted** and an administrative termination of the case is entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**IT IS SO ORDERED** this the 20th day of May 2008.

                                            <u>/s/ Jimm Larry Hendren</u>
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE